Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**HECTOR R. RAMIREZ, et al.,**<br><br>Defendants. | CASE NO. 1:12-cv-01952-AWI-SAB<br><br>**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING INITIAL SCHEDULING CONFERENCE; AND ORDER** |

**TO THE HONORABLE STANLEY A. BOONE, THE DEFENDANT/S AND THEIR ATTORNEY/S OF RECORD:**

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Initial Scheduling Conference presently set for Tuesday, March 5, 2013 at 9:30 AM.  As set forth below Plaintiff respectfully requests that the Court continue the Initial Scheduling Conference to a new date approximately Thirty (30) to Forty-Five (45) days forward.

The request for the brief continuance is necessitated by the fact that Plaintiff has not yet perfected service of the initiating suit papers upon the Defendants Hector R. Ramirez, individually and d/b/a Mariscos Sinaloa; and Sinaloa Sea Food, Inc., an unknown business entity d/b/a Mariscos Sinaloa.  As a result, Plaintiff's counsel has not conferred with the defendants concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Scheduling Report.

Plaintiff recently identified an alternative address that it believes will be successful to serve its initiating suit papers, upon the Defendants.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial Scheduling Conference, presently scheduled for Tuesday, March 5, 2013 at 9:30 AM.

Respectfully submitted,

Dated: February 19, 2013         */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

## ORDER

It is hereby ordered that the Initial Scheduling Conference in civil action number 1:12-cv-01952-AWI-SAB styled *J & J Sports Productions, Inc. v. Ramirez, et al.*, is hereby continued from 9:30 AM, Tuesday, March 5, 2013 to April 30, 2013 at 2:00 pm.

Plaintiff shall serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:   **February 19, 2013**

UNITED STATES MAGISTRATE JUDGE