Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

FILED

MAY 22 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HECTOR R. RAMIREZ, et al., <br><br> Defendants. | CASE NO. 1:12-cv-01952-AWI-SAB <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS HECTOR R. RAMIREZ, individually and d/b/a MARISCOS SINALOA, and SINALOA SEA FOOD, INC., an unknown business entity d/b/a MARISCOS SINALOA |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants HECTOR R. RAMIREZ, individually and d/b/a MARISCOS SINALOA, and SINALOA SEA FOOD, INC., an unknown business entity d/b/a MARISCOS SINALOA, that the above-entitled action is hereby dismissed **without prejudice** against HECTOR R. RAMIREZ, individually and d/b/a MARISCOS SINALOA, and SINALOA SEA FOOD, INC., an unknown business entity d/b/a MARISCOS SINALOA, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by October 25, 2013, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

///

///

STIPULATION OF DISMISSAL
1:12-cv-01952-AWI-SAB
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: April 16, 2013

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 4/24/13

LAW OFFICES OF NELSON F. GOMEZ
By: Nelson F. Gomez, Esquire
Attorneys for Defendants
HECTOR R. RAMIREZ, individually and d/b/a MARISCOS SINALOA, and SINALOA SEA FOOD, INC., an unknown business entity d/b/a MARISCOS SINALOA,

**IT IS SO ORDERED:**

Dated: 5-22-13

The Honorable Anthony W. Ishii
United States District Court
Eastern District of California

STIPULATION OF DISMISSAL
1:12-cv-01952-AWI-SAB
PAGE 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On April 16, 2013, I caused to serve the following documents entitled:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS HECTOR R. RAMIREZ, individually and d/b/a MARISCOS SINALOA, and SINALOA SEA FOOD, INC., an unknown business entity d/b/a MARISCOS SINALOA**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Mr. Nelson F. Gomez, Esquire             (Attorneys for Defendants)
**LAW OFFICES OF NELSON F. GOMEZ**
4043 Geer Road
Hughson, CA 95326

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 16, 2013, at South Pasadena, California.

Dated: April 16, 2013                     _____
                                          INESA MAMIDJANYAN

STIPULATION OF DISMISSAL
1:12-cv-01952-AWI-SAB
PAGE 3